UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ORGANIC TRADE ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-1875 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

For the reasons set forth in the accompanying Opinion, it is hereby

ORDERED that the United States Department of Agriculture's ("USDA") [Dkt. No. 142] Motion for Voluntary Remand is GRANTED; it is

FURTHER ORDERED that the National Organic Program (NOP); Organic Livestock and Poultry Practices Rule ("Withdrawal Rule"), 83 Fed. Reg. 10,775 (Mar. 13, 2018) is REMANDED WITHOUT VACATUR to the USDA for further consideration of the issues presented; it is

FURTHER ORDERED that Organic Trade Association's ("OTA") [Dkt. No. 95] Motion for Summary Judgment is DENIED as moot; it is

FURTHER ORDERED that OTA's [Dkt. No. 140] Motion for Summary Judgment on its Third Amended Complaint is DENIED as moot; it is

FURTHER ORDERED that the USDA's [Dkt. No. 149] Motion for Summary Judgment is DENIED as moot; and it is

FURTHER ORDERED that the parties shall file a joint status report in this action on the same date they file their status report ordered in Center for Environmental Health v. Vilsack, 2022 WL 658965, at *5 (N.D. Cal. Mar. 4, 2022).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 30, 2022